Nicholas S. Nassif (Cal. Bar No. 129434)
nsnassif@pacbell.net
THE LAW OFFICE OF NICHOLAS S. NASSIF
3055 Wilshire Boulevard, Suite 900
Los Angeles, California 90010
Telephone: (213) 736-1899
Facsimile:  (213) 736-5656

Attorneys for Plaintiffs Daniel J. DeSario and
National Bar Review, L.L.C.

Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
William K. Pao (Cal. Bar No. 252637)
wpao@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Defendants Wolters Kluwer N.V.,
Wolters Kluwer United States Inc., Aspen
Publishers, Inc., Robert Becker, Richard Kravitz,
Steve Errick, and Michael Gregory

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. DESARIO and NATIONAL BAR REVIEW, L.L.C., <br><br> Plaintiffs, <br> v. <br><br> WOLTERS KLUWER, a Netherlands Corporation; WOLTERS KLUWER UNITED STATES, INC., a New York Corporation; ASPEN PUBLISHERS, INC., a Delaware Corporation; EMANUEL BAR REVIEW, a business entity form unknown; ROBERT BECKER, an individual; RICHARD KRAVITZ, an individual; STEVE ERRICK, an individual and MICHAEL GREGORY, an individual, and Does 1-25, <br><br>Defendants. | Case No. CV 09-9385-GW(VBKx) <br><br> The Honorable George H. Wu <br><br> CONFIDENTIALITY PROTECTIVE ORDER |

[Proposed] Confidentiality Protective Order

**ORDER**

Based upon the concurrently filed Stipulation, and good cause appearing, IT IS SO ORDERED.

DATE:  __April 21, 2010_                             /s/

The Honorable Victor B. Kenton
U.S. District Court for the
Central District of California