# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-9385-GW(VBKx) | Date | June 25, 2010 |
| Title | *Daniel J. Desario, et al. v. Wolters Kluwer, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas S. Nassif | Brent L. Caslin |
| Delila Camal-Griffin (via telephone) | William K. Pao |

**PROCEEDINGS:**    **PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION FOR: AN ORDER EXTENDING DISCOVERY CUT-OFF DATE; A PROTECTIVE ORDER RE DEPOSITIONS; AND ORDER THAT THE DEFENDANTS' DEPOSITIONS BE TAKEN IN LOS ANGELES (filed 06/18/10);**

**POST-MEDIATION STATUS CONFERENCE**

Hearing is held.  The Court sets the following:

| | |
|---|---|
| Discovery cutoff | August 30, 2010 |
| Expert discovery cutoff | September 10, 2010 |
| Motion hearing cutoff | October 7, 2010 |

The pretrial conference and trial dates will remain as previously set.  Defendants will prepare a proposed order forthwith.

Additionally, Plaintiffs' Ex Parte Application for an Order Shortening Time to Hear Plaintiffs' Motion for: an Order Extending Discovery Cut-off Date; a Protective Order re Depositions; and Order That the Defendants' Depositions Be Taken in Los Angeles, filed on June 18, 2010 and Plaintiffs' Ex Parte Application for an Order to Respond to Defendants' Motion to Dismiss Plaintiffs First Amended Complaint, filed on June 23, 2010 are resolved and taken off calendar.

| | : | 07 |
|---|---|---|
| Initials of Preparer | JG | |