Rick Richmond (Cal. Bar No. 194962)
rrichmond@jenner.com
Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Defendants Wolters Kluwer N.V., Wolters Kluwer United States Inc., Aspen Publishers, Inc., Richard Kravitz, and Steve Errick

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. DESARIO,<br><br>       Plaintiff,<br>  v.<br><br>WOLTERS KLUWER, a Netherlands Corporation; WOLTERS KLUWER UNITED STATES, INC., a New York Corporation; ASPEN PUBLISHERS, INC., a Delaware Corporation; RICHARD KRAVITZ, an individual; and STEVE ERRICK, an individual,<br><br>       Defendants. | Case No. CV 09-9385-GW(VBKx)<br><br>The Honorable George H. Wu<br><br>**JUDGMENT** |

This action came before this Court for trial from July 19, 2011 through July 25, 2011, in Courtroom 10, United States District Court for the Central District of California, the Honorable George H. Wu presiding.

Plaintiff Daniel DeSario appeared by attorneys Nicholas S. Nassif and Dalila Kamal-Griffin.  Defendants Wolters Kluwer, Wolters Kluwer United States, Inc., Aspen Publishers, Inc., Richard Kravitz, and Steve Errick appeared by attorneys Rick Richmond, Brent Caslin, William K. Pao, Kelly M. Morrison, and Kate T. Spelman.

Evidence, both oral and documentary, having been presented by the plaintiff and the defendants, and the cause having been submitted to the Court for decision, this Court found by a Statement of Decision dated December 11, 2012 that Plaintiff had failed to meet his burden of proof and persuasion as to all of the outstanding claims in the First Amended Complaint.  In accordance with the Statement of Decision, which is incorporated by reference as if fully set forth herein, this Court hereby enters this Final Judgment on Plaintiff's First Amended Complaint as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that:

(a)   Judgment is entered in favor of Defendants and against Plaintiff, and Plaintiff shall recover nothing.

(b)   As the prevailing party, Defendants shall recover their costs from Plaintiff.  Fed. R. Civ. P. 54(d)(1).  The Court retains jurisdiction to determine the appropriate amount of costs.

(c)   The Court retains jurisdiction to determine whether Defendants are entitled to attorneys' fees and, if so, the appropriate amount.

Dated:  December 21, 2012

_____
The Honorable George H. Wu,
United States District Judge